IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-cv-00387-D

| | |
|---|---|
| TIMOTHY S. HADLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER ON JOINT MOTION |
| ) | TO CONSOLIDATE |
| DUKE ENERGY PROGRESS, INC., CAROLINA ) | |
| POWER & LIGHT COMPANY, PROGRESS ) | |
| ENERGY CAROLINAS, INC., PROGRESS ) | |
| ENERGY, INC., PROGRESS ENERGY ) | |
| SERVICE COMPANY, LLC, PROGRESS ) | |
| VENTURES, INC., DUKE ENERGY ) | |
| CORPORATION, DUKE ENERGY ) | |
| CAROLINAS, LLC, GLENDA SUE HARDISON ) | |
| individually and as an employee of aforementioned ) | |
| organizations, RICHARD MONTGOMERY ) | |
| individually and as an employee of aforementioned ) | |
| organizations, EUGENE SIMMONS individually ) | |
| and as an employee of aforementioned ) | |
| organizations, and NADINE KLOECKER-DUNN ) | |
| individually and as an employee of aforementioned ) | |
| organizations, ) | |
| ) | |
| Defendants. ) | |

This matter came before the Court on the parties' joint motion pursuant to Rule 42(a) of the Federal Rules of Civil Procedure to consolidate this action with the action captioned *Timothy S. Hadley v. Duke Energy Progress, Inc., et al.*, No. 5:14-cv-00229-D, which is also pending before this Court.

It appears to the Court that the cases involve the same defendants, the same operative facts, and present common questions of fact and law. It further appears that consolidating these actions will serve the interests of justice and efficiency, eliminate the possibility of inconsistent adjudication of common issues, and reduce the time otherwise required to litigate these actions separately, and thus good cause exists for consolidation of these actions.

Accordingly, in its discretion, the Court hereby orders that this action, No. 5:14-cv-00387-D, and the action captioned *Timothy S. Hadley v. Duke Energy Progress, Inc., et al.*, No. 5:14-cv-00229-D, be consolidated for discovery and all further proceedings.

SO ORDERED, this the __31__ day of July, 2014.

JAMES C. DEVER III
Chief United State District Judge

2