Exhibit 9

*Exhibit 9*



IBM Corporation
6100 Oak Tree Blvd.
Suite 500
Cleveland, OH 44131
Attention: Brad Haidet

CONTRACT NO. 36397
AMENDMENT NO. 44
EFFECTIVE December 30, 2009

This Amendment is governed by the terms and conditions of the above-referenced Contract. By this Amendment, Progress Energy Service Company, LLC, not in its individual capacity, but solely as agent for Progress Energy Carolinas, Inc. and Progress Energy Florida, Inc., (hereinafter "Owner") offers to change the terms of the above-referenced Contract as follows:

The Description of Work is amended to include the following:

Attachment A – Task Order #9 dated December 29, 2009 for Smart Grid program Support for Q1 2010 attached hereto and made part hereof.

All other terms in the Contract or other Contract Amendments remain unchanged.

Please execute this Amendment, retain an original for your file, and return the other original within ten (10) calendar days to Lesi Jonap, Progress Energy Service Company, LLC P. O. Box 1551 (TPP - 13), Raleigh, NC 27602.

Sincerely,

Lesi S. Jonap
Manager, Strategic Technology Sourcing
December 30, 2009

Accepted:

**IBM CORPORATION**

By: _Bradley C. Haidt_

Name (printed): _BRADLEY C. HAIDET_

Title: _PROJECT EXECUTIVE_

Date: _12-30-09_

Should the person's title who is executing this document not indicate that he/she is a corporate officer, an affidavit signed by a corporate officer shall be provided stating that the person whose name appears above is duly authorized to execute Contracts on behalf of the firm.

Amendment
Revision 06/27/05
#131678

# Task Order

| Description: | Smart Grid Program Support for Q1 2010 | | | |
|---|---|---|---|---|
| Additional Services: | Deliverables, Schedule, and Financial Impact | | Task Order #: | 009 |
| Requested by: | Becky Harrison and Rob Orton | | Date Submitted: | 12/29/2009 |
| IBM Contract #: | CFTWC3D | IBM Work Order #: | W3R3I | Date Required: | 12/30/2009 |

This Task Order ("TO") and any changes made herein are governed by the terms and conditions of the IBM Statement of Work for the Progress Energy Smart Grid Projects dated September 16, 2009 (the "SOW") and the IBM Customer Agreement (#GVL1122) between Progress Energy and International Business Machines (the "Agreement").

## DESCRIPTION

As part of the Smart Grid (SG) Program, Progress Energy has requested a variety of services from IBM to assist with the efforts over the next 3 years related to the Stimulus Grant Investment Grant (SGIG). This Task Order is focused on providing support during 2010 for the following 5 workstreams:

Workstream 1 - SG Program Management Office (PGMO)

Workstream 2 - SG Support Office (SGSO)

Workstream 3 - Project Planning & Delivery

Workstream 4 - Enterprise Architecture (EA) and System Integration (SI) Planning & Support

Workstream 5 - Analysis Phase initiation for the PEF DSM DR Project

The description for each of these Workstreams is provided in the attachment and includes the scope of work, key activities, assumptions and deliverables. IBM is assisting Progress Energy with the creation of the deliverables outlined in this Task Order with Progress Energy ultimately having primary responsibility for deliverables. The Smart Grid Program and IT Directors will be responsible for setting direction for the IBM activities.

## Completion Criteria

IBM will have fulfilled its obligations under this SOW when any one of the following first occurs:
- IBM provides the number of hours of Services specified in this Task Order; or
- Progress Energy or IBM terminates the Services in accordance with the provisions of this SOW and the Agreement

## Estimated Schedule

The estimated schedule to complete this work is provided below. This Task Order covers the initial 3 months of this effort, starting on January 4, 2010 and ending on April 2, 2010.

IBM CONFIDENTIAL                                                              IBM 000086


Progress Energy

**Program Management**

**Smart Grid Program Support**

| Workstream / Key Activities | 2010 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| **Workstream 1 - SG Program Management Office (PGMO)** | | | | | | | | | | | | |
| Provide Ongoing Support | ▓ | ▓ | ▓ | | | | | | | | | |
| **Workstream 2 - SG Support Office (SGSO)** | | | | | | | | | | | | |
| Provide Ongoing Support | ▓ | ▓ | ▓ | | | | | | | | | |
| **Workstream 3 - Project Planning & Delivery** | | | | | | | | | | | | |
| Conduct Preliminary Stakeholder Meetings | ▓ | | | | | | | | | | | |
| Define Business Processes | ▓ | ▓ | | | | | | | | | | |
| Develop Architectural Model | ▓ | ▓ | | | | | | | | | | |
| Develop Project Plans | ▓ | ▓ | | | | | | | | | | |
| Provide Ongoing Support | | | | | | | | | | | | |
| **Workstream 4 - Enterprise Architecture (EA) and System Integration (SI) Planning & Support** | | | | | | | | | | | | |
| Architecture Support for SG Planning | | | | | | | | | | | | |
| Enterprise Architecture Design Framework | ▓ | ▓ | | | | | | | | | | |
| Smart Grid Reference Architecture | ▓ | ▓ | | | | | | | | | | |
| Enterprise Architecture Development Environment | ▓ | ▓ | | | | | | | | | | |
| Recommendations | | ▓ | | | | | | | | | | |
| Master Schedule | | | | | | | | | | | | |
| Ongoing Support | | | | | | | | | | | | |
| **Workstream 5 - Analysis Phase Initiation for the PEF DSM DR Project** | | | | | | | | | | | | |
| Support Project Program Management Setup | ▓ | | | | | | | | | | | |
| Support Analysis Phase Initiation | ▓ | ▓ | | | | | | | | | | |
| Support AMI, DR and MDMS solution activities | ▓ | ▓ | | | | | | | | | | |

**IMPACT OF TASK ORDER**

**Charges Summary:**

These Services will be conducted on a Time and Material basis.

| Group | IBM Staffing Estimate | Hours Per Week | Total Hours | Hourly Rate | Total Fees | Weeks Per Month 4.40 Jan | 4.00 Feb | 5.00 Mar |
|---|---|---|---|---|---|---|---|---|
| PEF DSM DR | Partner - Brad Haldet | 6 | 78 | $366 | $28,548 | 24 | 24 | 30 |
| PEF DSM DR | PMO PM - Patty Braffy | 44 | 572 | $347 | $198,484 | 176 | 176 | 220 |
| PEF DSM DR | PMO Jr. Analyst - Gerard Miller | 44 | 572 | $158 | $90,376 | 176 | 176 | 220 |
| PEF DSM DR | AMI / MDMS Lead - Dave Durbano | 44 | 572 | $262 | $149,864 | 176 | 176 | 220 |
| PEF DSM DR | AMI Business Analyst | 44 | 308 | $208 | $64,064 | 0 | 88 | 220 |
| PEF DSM DR | MDMS Business Analyst | 44 | 308 | $208 | $64,064 | 0 | 88 | 220 |
| PEF DSM DR | DR Lead | 44 | 572 | $257 | $147,004 | 176 | 176 | 220 |
| PEF DSM DR | DR Business Analyst | 44 | 308 | $208 | $64,064 | 0 | 88 | 220 |
| PEF DSM DR | Technical Analyst | 44 | 308 | $163 | $50,204 | 0 | 88 | 220 |
| General PMO/SGSO Support | Project Partner - Brad Haldet | 20 | 260 | $366 | $95,160 | 80 | 80 | 100 |
| General PMO/SGSO Support | PMO Analyst - Andrew Fernandez | 44 | 572 | $257 | $147,004 | 176 | 176 | 220 |
| General PMO/SGSO Support | PMO PM | 44 | 572 | $297 | $169,884 | 176 | 176 | 220 |
| General PMO/SGSO Support | SGSO Lead Architect - Tom McKennon | 44 | 572 | $307 | $175,604 | 176 | 170 | 220 |
| General PMO/SGSO Support | SGSO Architect | 44 | 572 | $262 | $149,864 | 170 | 170 | 220 |
| SGIG Project Planning & Delivery | Project Planning Lead - Mike Danzige | 44 | 572 | $301 | $206,492 | 170 | 176 | 220 |
| SGIG Project Planning & Delivery | Business Process - PM Level | 44 | 572 | $297 | $169,884 | 176 | 176 | 220 |
| SGIG Project Planning & Delivery | Sr. Business Process Analyst | 44 | 572 | $257 | $147,004 | 176 | 176 | 220 |
| SGIG Project Planning & Delivery | Sr. Business Process Analyst | 44 | 396 | $257 | $101,772 | 0 | 176 | 220 |
| SGIG Project Planning & Delivery | Business Process Analyst | 44 | 396 | $208 | $82,368 | 0 | 176 | 220 |
| SGIG Project Planning & Delivery | Business Process Analyst | 44 | 396 | $208 | $82,368 | 0 | 176 | 220 |
| SGIG Project Planning & Delivery | Business Process Analyst | 44 | 396 | $208 | $82,368 | 0 | 176 | 220 |
| SGIG Project Planning & Delivery | Jr. Business Process Analyst | 44 | 572 | $158 | $90,376 | 176 | 176 | 220 |
| EA & SI Planning & Support | Jr. Business Process Analyst | 44 | 396 | $158 | $62,568 | 0 | 176 | 220 |
| EA & SI Planning & Support | Sr. SOA Architect | 44 | 572 | $262 | $149,864 | 176 | 176 | 220 |
| EA & SI Planning & Support | SOA Analyst | 44 | 396 | $163 | $64,548 | 0 | 176 | 220 |
| EA & SI Planning & Support | Data Architect | 44 | 572 | $203 | $116,116 | 176 | 176 | 220 |
| EA & SI Planning & Support | Data Analyst | 44 | 396 | $163 | $64,548 | 0 | 176 | 220 |
| EA & SI Planning & Support | Lead EA & SI Architect - Tony Hays | 44 | 572 | $262 | $149,864 | 176 | 176 | 220 |
| General PMO/SGSO Support | PMA Support - off-site | 8 | 104 | $0 | $0 | 32 | 32 | 32 |
| | **Total Estimated Hours and Fees** | | 13,025 | $243 | $3,164,320 | 2,770 | 4,360 | 5,690 |
| | Out-of-Pocket Expenses @ 15% | | | | $474,649 | | | |
| | **Total Estimated Fees and Expenses** | | | | $3,830,977 | | | |

**IBM Worldwide Project Management Method**
© IBM Corp. 2005. All rights reserved.

IBM CONFIDENTIAL

IBM 000087

 **Progress Energy**

**Program Management**                                        **Smart Grid Program Support**

The estimated professional services charges will be $3,164,328 and are exclusive of any travel and living expenses, other reasonable expenses incurred in connection with the Services, and any applicable taxes. Progress Energy will be billed actual travel and living costs not to exceed 15% of the professional services charges or $474,649.

IBM will invoice monthly for actual Services hours worked (whether above or below the estimated hours), applicable taxes, travel and living expenses, and other reasonable expenses incurred in connection with the Services. Payment for invoices is due upon receipt, payable in 30 days. IBM will provide a weekly report showing actual hours worked against the authorized budget.

**All other terms and conditions of the original SOW shall remain in full force and effect.**

| APPROVAL | | | |
|---|---|---|---|
| **Decision Date:** | 12/30/09 | **By Whom:** | Becky Harrison, Rob Orton |
| **Approved Effort:** | 13,026 hours | **Approved Cost:** | $3,164,328 plus expenses not to exceed $474,649 |
| **Progress Energy Approver:** | Becky Harrison, Rob Orton | | |
| **Progress Energy Signature:** | *[signature]* | **Date:** 12/30/09 | |
| **IBM Approver:** | Bradley G. Haidet | | |
| **IBM Approver Signature:** | *B. C. Haidet* | **Date:** 12/30/09 | |

IBM CONFIDENTIAL                                                    IBM 000088

# Task Order

| Description: | Smart Grid Program Support for Q1 2010 | | | |
|---|---|---|---|---|
| Additional Services: | Deliverables, Schedule, and Financial Impact | | Task Order #: | 013 |
| Requested by: | Becky Harrison and Rob Orton | | Date Submitted: | 12/21/2009 |
| IBM Contract #: | CFTWC3D | IBM Work Order #: | W37ZI | Date Required: | 12/29/2009 |

This Task Order ("TO") and any changes made herein are governed by the terms and conditions of the IBM Statement of Work for the Progress Energy Smart Grid Projects dated September 16, 2009 (the "SOW") and the IBM Customer Agreement (#GVL1122) between Progress Energy and International Business Machines ( the "Agreement").

DESCRIPTION

As part of the Smart Grid (SG) Program, Progress Energy has requested a variety of services from IBM to assist with the efforts over the next 3 years related to the Stimulus Grant Investment Grant (SGIG). This Task Order is focused on providing support during 2010 for the following 5 workstreams:

> **Workstream 1 - SG Program Management Office (PGMO)**
>
> **Workstream 2 - SG Support Office (SGSO)**
>
> **Workstream 3 - Project Planning & Delivery**
>
> **Workstream 4 - Enterprise Architecture (EA) and System Integration (SI) Planning & Support**
>
> **Workstream 5 - Analysis Phase initiation for the PEF DSM DR Project**

The description for each of these Workstreams is provided in the attachment and includes the scope of work, key activities, assumptions and deliverables. IBM is assisting Progress Energy with the creation of the deliverables outlined in this Task Order with Progress Energy ultimately having primary responsibility for deliverables. The Smart Grid Program and IT Directors will be responsible for setting direction for the IBM activities.

### Completion Criteria

IBM will have fulfilled its obligations under this SOW when any one of the following first occurs:
- IBM provides the number of hours of Services specified in this Task Order; or
- Progress Energy or IBM terminates the Services in accordance with the provisions of this SOW and the Agreement

### Estimated Schedule

The schedule to complete the work described above is estimate at 3 months, starting on January 4, 2010 and ending on April 2, 2010.

**CONFIDENTIAL**                         DEP001630



**Program Management**  **Smart Grid Program Support**

| Workstream / Key Activities | 2010 | | |
|---|---|---|---|
| | Jan | Feb | Mar |
| **Workstream 1 - SG Program Management Office (PGMO)** | | | |
| Provide Ongoing Support | █ | █ | █ |
| **Workstream 2 - SG Support Office (SGSO)** | | | |
| Provide Ongoing Support | █ | █ | █ |
| **Workstream 3 - Project Planning & Delivery** | | | |
| Conduct Preliminary Stakeholder Meetings | █ | | |
| Define Business Processes | █ | | |
| Develop Architectural Model | | █ | |
| Develop Project Plans | | █ | |
| Provide Ongoing Support | █ | █ | █ |
| **Workstream 4 - Enterprise Architecture (EA) and System Integration (SI) Planning & Support** | | | |
| Architecture Support for SG Planning | | | |
| Enterprise Architecture Design Framework | | | |
| Smart Grid Reference Architecture | | | |
| Enterprise Architecture Development Environment Recommendations | █ | | |
| Master Schedule | █ | | |
| Ongoing Support | █ | █ | █ |
| **Workstream 5 - Analysis Phase Initiation for the PEF DSM DR Project** | | | |
| Support Project Program Management Setup | █ | | |
| Support Analysis Phase Initiation | █ | █ | █ |
| Support AMI, DR and MDMS solution activities | | | |

---

**IMPACT OF TASK ORDER**

**Charges Summary:**

These Services will be conducted on a Time and Material basis.

| | | | | | | Weeks Per Month | 4.00 | 4.00 | 5.00 |
|---|---|---|---|---|---|---|---|---|---|
| Group | IBM Staffing Estimate | Hours Per Week | Total Hours | Hourly Rate | Total Fees | | Jan | Feb | Mar |
| PEF DSM DR | Partner - Brad Haidet | 8 | 104 | $370 | $38,480 | | 32 | 32 | 40 |
| PEF DSM DR | PMO PM - Patty Bruffy | 44 | 572 | $350 | $200,200 | | 176 | 176 | 220 |
| PEF DSM DR | PMO Jr. Analyst - Gerard Miller | 44 | 572 | $160 | $91,520 | | 176 | 176 | 220 |
| PEF DSM DR | AMI / MDMS Lead - Dave Durbano | 44 | 572 | $265 | $151,580 | | 176 | 176 | 220 |
| PEF DSM DR | AMI Business Analyst | 44 | 308 | $210 | $64,680 | | 0 | 88 | 220 |
| PEF DSM DR | MDMS Business Analyst | 44 | 308 | $210 | $64,680 | | 0 | 88 | 220 |
| PEF DSM DR | DR Lead | 44 | 572 | $260 | $148,720 | | 176 | 176 | 220 |
| PEF DSM DR | DR Business Analyst | 44 | 308 | $210 | $64,680 | | 0 | 88 | 220 |
| PEF DSM DR | Technical Analyst | 44 | 308 | $165 | $50,820 | | 0 | 88 | 220 |
| General PMO/SGSO Support | Project Partner - Brad Haidet | 20 | 260 | $370 | $96,200 | | 80 | 80 | 100 |
| General PMO/SGSO Support | PMO Analyst - Andrew Fernandez | 44 | 572 | $260 | $148,720 | | 176 | 176 | 220 |
| General PMO/SGSO Support | PMO PM | 44 | 572 | $300 | $171,600 | | 176 | 176 | 220 |
| General PMO/SGSO Support | SGSO Lead Architect - Tom McKennon | 44 | 572 | $310 | $177,320 | | 176 | 176 | 220 |
| General PMO/SGSO Support | SGSO Architect | 44 | 572 | $265 | $151,580 | | 176 | 176 | 220 |
| SGIG Project Planning & Delivery | Project Planning Lead - Mike Danziger | 44 | 572 | $365 | $208,780 | | 176 | 176 | 220 |
| SGIG Project Planning & Delivery | Business Process - PM Level | 44 | 572 | $300 | $171,600 | | 176 | 176 | 220 |
| SGIG Project Planning & Delivery | Sr. Business Process Analyst | 44 | 572 | $260 | $148,720 | | 176 | 176 | 220 |
| SGIG Project Planning & Delivery | Sr. Business Process Analyst | 44 | 396 | $260 | $102,960 | | 0 | 176 | 220 |
| SGIG Project Planning & Delivery | Business Process Analyst | 44 | 396 | $210 | $83,160 | | 0 | 176 | 220 |
| SGIG Project Planning & Delivery | Business Process Analyst | 44 | 396 | $210 | $83,160 | | 0 | 176 | 220 |
| SGIG Project Planning & Delivery | Business Process Analyst | 44 | 396 | $210 | $83,160 | | 0 | 176 | 220 |
| SGIG Project Planning & Delivery | Jr. Business Process Analyst | 44 | 572 | $160 | $91,520 | | 176 | 176 | 220 |
| EA & SI Planning & Support | Jr. Business Process Analyst | 44 | 396 | $160 | $63,360 | | 0 | 176 | 220 |
| EA & SI Planning & Support | Sr. SOA Architect | 44 | 572 | $265 | $151,580 | | 176 | 176 | 220 |
| EA & SI Planning & Support | SOA Analyst | 44 | 396 | $165 | $65,340 | | 0 | 176 | 220 |
| EA & SI Planning & Support | Data Architect | 44 | 572 | $205 | $117,260 | | 176 | 176 | 220 |
| EA & SI Planning & Support | Data Analyst | 44 | 396 | $165 | $65,340 | | 0 | 176 | 220 |
| EA & SI Planning & Support | Lead EA & SI Architect - Tony Hays | 44 | 572 | $265 | $151,580 | | 176 | 176 | 220 |
| General PMO/SGSO Support | PMA Support - off-site | 8 | 104 | $0 | $0 | | 32 | 32 | 40 |
| | **Total Estimated Hours and Fees** | | 13,052 | $246 | $3,208,300 | | 2,784 | 4,368 | 5,900 |
| | Out-of-Pocket Expenses @ 15% | | | | $481,245 | | | | |
| | **Total Estimated Fees and Expenses** | | | | $3,689,545 | | | | |

The estimated professional services charges will be $3,208,300 and are exclusive of any travel and living

**CONFIDENTIAL**                    DEP001631



expenses, other reasonable expenses incurred in connection with the Services, and any applicable taxes. Progress Energy will be billed actual travel and living costs not to exceed 15% of the professional services charges or $481,245.

IBM will invoice monthly for actual Services hours worked (whether above or below the estimated hours), applicable taxes, travel and living expenses, and other reasonable expenses incurred in connection with the Services. Payment for invoices is due upon receipt, payable in 30 days.

**All other terms and conditions of the original SOW shall remain in full force and effect.**

| APPROVAL | | | |
|---|---|---|---|
| **Decision Date:** | 12/29/09 | **By Whom:** | Becky Harrison, Rob Orton |
| **Approved Effort:** | 13.052 hours | **Approved Cost:** | $3,208,300 plus expenses not to exceed $481,245 |
| **Progress Energy Approver:** | Becky Harrison, Rob Orton | | |
| **Progress Energy Signature:** | | **Date:** | |
| **IBM Approver:** | Bradley C. Haidet | | |
| **IBM Approver Signature:** | | **Date:** | |
| | | | |

**CONFIDENTIAL**

DEP001632

## International Business Machines Corporation

Please direct inquiries and correspondence to
IBM CORPORATION
PO Box 2489
Atlanta GA 30301
or call IBM at 877-426-6006
ASKHRSUS.IBM.COM

Customer Number
7322421-01

Invoice Number
C09C28N

Invoice date
Aug. 28 2009

Page
1 of 1

*Contract #00036397*

*PA # 00525043*

Installed at
Progress Energy Service Co
Llc
299 1st Av N
St Petersburg, FL 33701-3

Progress Energy Service Co
Llc
299 1st Av N
St Petersburg, FL 33701-3

Customer reference
DSM DR Study Phase
Signed by, ████████████ on 08/14/20
AASE1040A250203-K-NS-WZTGI-100145
PO BOX 534151
ATLANTA, GA 30353-4151

Type
PAYMENT DUE UPON RECEIPT OF
INVOICE - LATE PAYMENT FEE
MAY APPLY

---

### INVOICE FOR SERVICES

| DESCRIPTION | SERVICE DATE | HOURLY RATE | HOURS | TAX | AMOUNT |
|---|---|---|---|---|---|
| CONTRACT NUMBER    CFT1ZAD | | | | | |
| WORK NUMBER    WZTGI | | | | | |
| SW EVALUATION - TASK ORD | | | | | |
| PLANNING SERVICES | 08/17-08/21/09 | 245.00 | 44.0 | | 10,780.00 |
| PLANNING SERVICES | 08/24-08/28/09 | 245.00 | 45.0 | | 11,025.00 |
| PLANNING SERVICES | 08/18-08/21/09 | 245.00 | 24.0 | | 5,880.00 |
| PLANNING SERVICES | 08/24-08/28/09 | 245.00 | 43.0 | | 10,535.00 |
| PLANNING SERVICES | 08/17-08/18/09 | 245.00 | 16.0 | | 3,920.00 |
| PLANNING SERVICES | 08/21-08/21/09 | 245.00 | 20.0 | | 4,900.00 |
| PLANNING SERVICES | 08/24-08/27/09 | 245.00 | 6.0 | | 1,470.00 |
| PLANNING SERVICES | 08/17-08/18/09 | 245.00 | 16.0 | | 3,920.00 |
| PLANNING SERVICES | 08/25-08/26/09 | 245.00 | 16.0 | | 3,920.00 |
| PLANNING SERVICES | 08/17-08/21/09 | 245.00 | 44.0 | | 10,780.00 |
| PLANNING SERVICES | 08/24-08/28/09 | 245.00 | 44.0 | | 10,780.00 |
| PLANNING SERVICES | 08/26-08/28/09 | 245.00 | 24.0 | | 5,880.00 |
| TOTALS | | | | | 83,790.00 (A) |

THIS IS ISSUED PURSUANT TO THE IBM CUSTOMER AGREEMENT OR THE EQUIVALENT AGREEMENT BETWEEN US

IF NOT PAID BY SEP. 26, 2009, PAY THE AMOUNT DUE PLUS A LATE PAYMENT
FEE OF $1,675.00 FOR A TOTAL OF $85,465.00. IF PAYMENT IS NOT MADE
WITHIN ONE MONTH OF SEP. 26, 2009, ADDITIONAL CHARGES MAY APPLY.

THIS IS ISSUED PURSUANT TO THE IBM CUSTOMER AGREEMENT OR THE EQUIVALENT AGREEMENT BETWEEN US.

Reduce your total cost of operation and take advantage of low rates,
order status, flexible terms and affordable monthly payments!
For more information, visit ibm.com/financing

| Original Invoice | PLEASE PAY THIS AMOUNT | $83,790 00 |
|---|---|---|

2

## International Business Machines Corporation

Installed at

Progress Energy Service Co
Llc
299 lst Av N
St Petersburg, FL 33701-3

Progress Energy Service Co
Llc
299 lst Av N
St Petersburg, FL 33701-3

Contract # 36397
Authorization # 533574

OCT 23 2009

By Harrison

Customer reference
DSM DR Study Phase
Signed by, ██████████████ on 08/14/20
RNSC101004260702-K-NS-WZTGI-100145
PO BOX 534151
ATLANTA, GA 30353-4151

Term
PAYMENT DUE UPON RECEIPT OF
INVOICE - LATE PAYMENT FEE
MAY APPLY

---

### INVOICE FOR SERVICES

| DESCRIPTION | SERVICE DATE | HOURLY RATE | HOURS | TAX | AMOUNT |
|---|---|---|---|---|---|
| CONTRACT NUMBER     CFT1ZAD | | | | | |
| WORK NUMBER     WZTGI | | | | | |
| SW EVALUATION - TASK ORD | | | | | |
| PLANNING SERVICES | 08/31-09/04/09 | 245.00 | 44.0 | | 10,780.00 |
| PLANNING SERVICES | 09/08-09/11/09 | 245.00 | 44.0 | | 10,780.00 |
| PLANNING SERVICES | 09/14-09/18/09 | 245.00 | 44.0 | | 10,780.00 |
| PLANNING SERVICES | 09/21-09/25/09 | 245.00 | 44.0 | | 10,780.00 |
| PLANNING SERVICES | 08/31-09/04/09 | 245.00 | 42.0 | | 10,290.00 |
| PLANNING SERVICES | 09/08-09/11/09 | 245.00 | 27.0 | | 6,615.00 |
| PLANNING SERVICES | 09/14-09/18/09 | 245.00 | 41.0 | | 10,045.00 |
| PLANNING SERVICES | 09/21-09/25/09 | 245.00 | 41.0 | | 10,045.00 |
| PLANNING SERVICES | 08/17-08/21/09 | 245.00 | 7.0 | | 1,715.00 |
| PLANNING SERVICES | 08/24-08/28/09 | 245.00 | 8.0 | | 1,960.00 |
| PLANNING SERVICES | 08/29-09/01/09 | 245.00 | 8.0 | | 1,960.00 |
| PLANNING SERVICES | 09/01-09/04/09 | 245.00 | 20.0 | | 6,060.00 |
| PLANNING SERVICES | 09/08-09/10/09 | 245.00 | 32.0 | | 7,940.00 |
| PLANNING SERVICES | 09/10-09/11/09 | 245.00 | 8.0 | | 1,960.00 |
| PLANNING SERVICES | 09/14-09/18/09 | 242.00 | 40.0 | | 9,800.00 |
| PLANNING SERVICES | 09/17-09/17/09 | 245.00 | 4.0 | | 900.00 |
| PLANNING SERVICES | 09/21-09/24/09 | 245.00 | 40.0 | | 9,800.00 |
| PLANNING SERVICES | 09/25-09/25/09 | 245.00 | 4.0 | | 900.00 |
| PLANNING SERVICES | 09/02-09/03/09 | 245.00 | 16.0 | | 3,920.00 |

---

| Original Invoice | Continued | |
|---|---|---|

International Business Machines Corporation

Please direct inquiries and correspondence to
IBM CORPORATION
PO Box 2489
Atlanta, GA 30301
or call us at 877-426-6006
Installed at ASKAR@US.IBM.COM

| Customer Number | Invoice Number | Invoice date | Page |
|---|---|---|---|
| 7322421-01 | C09C43C | Sep. 29 2009 | 2 of 2 |

Progress Energy Service Co          Progress Energy Service Co
Llc                                 Llc
299 1st Av N                        299 1st Av N
St Potersburg, FL 33701-3           St Petersburg, FL 33701-3

Contract reference
DSM OR Study Phase
Signed by ████████████████ on 08/14/20
RAGS10100A250303-K-NS-WZTGI-100145
PO BOX 534151
ATLANTA, GA 30353-4151

Terms
PAYMENT DUE UPON RECEIPT OF
INVOICE - LATE PAYMENT FEE
MAY APPLY

## INVOICE FOR SERVICES

| DESCRIPTION | SERVICE DATE | HOURLY RATE | HOURS | TAX | AMOUNT |
|---|---|---|---|---|---|
| CONTRACT NUMBER     CET12AD | | | | | |
| WORK NUMBER     WZTGI | | | | | |
| PLANNING SERVICES | 09/08-09/10/09 | 245.00 | 20.0 | | 4,900.00 |
| PLANNING SERVICES | 09/15-09/17/09 | 245.00 | 16.0 | | 3,920.00 |
| PLANNING SERVICES | 09/22-09/24/09 | 245.00 | 16.0 | | 3,920.00 |
| PLANNING SERVICES | 09/21-09/25/09 | 245.00 | 44.0 | | 10,780.00 |
| PLANNING SERVICES | 08/31-09/04/09 | 245.00 | 44.0 | | 10,780.00 |
| PLANNING SERVICES | 09/06-09/11/09 | 245.00 | 44.0 | | 10,780.00 |
| PLANNING SERVICES | 09/14-09/18/09 | 245.00 | 44.0 | | 10,780.00 |
| PLANNING SERVICES | 08/31-09/04/09 | 245.00 | 44.0 | | 10,780.00 |
| PLANNING SERVICES | 09/07-09/11/09 | 245.00 | 44.0 | | 10,780.00 |
| PLANNING SERVICES | 09/14-09/18/09 | 245.00 | 44.0 | | 10,780.00 |
| TOTALS | | | | | 216,090.00 |

THIS IS ISSUED PURSUANT TO THE IBM CUSTOMER AGREEMENT OR THE EQUIVALENT AGREEMENT BETWEEN US

IF NOT PAID BY OCT. 28, 2009, PAY THE AMOUNT DUE PLUS A LATE PAYMENT
FEE OF $4,321.80 FOR A TOTAL OF $220,411.80. IF PAYMENT IS NOT MADE
WITHIN ONE MONTH OF OCT. 28, 2009, ADDITIONAL CHARGES MAY APPLY.

THIS IS ISSUED PURSUANT TO THE IBM CUSTOMER AGREEMENT OR THE EQUIVALENT AGREEMENT BETWEEN US.

Reduce your total cost of operation and take advantage of low rates,
order status, flexible terms and affordable monthly payments.
For more information, visit ibm.com/financing

| Original Invoice | PLEASE PAY THIS AMOUNT | $216,090.00 |
|---|---|---|

4

## International Business Machines Corporation

Please direct inquiries and correspondence to
IBM Corporation
PO BOX 2489
ATLANTA GA 30301

Or Call IBM at
877-426-6006

| Customer Number | Invoice Number | Invoice Date | Page |
|---|---|---|---|
| 7322421 - 01 | C09DCYR | Oct 29 2009 | Page 1 of 4 |

E-Mail Address
invoicev@us.ibm.com

**IBM**

Services Delivered To
PROGRESS ENERGY SERVICE CO
LLC
299 1ST AV N
ST PETERSBURG, FL 33701-3308

Invoice To
PROGRESS ENERGY SERVICE CO
LLC
299 1ST AV N
ST PETERSBURG, FL 33701-3308

Contract # 36397
Authorization # 54399

Customer reference
DSM DR Study Phase
Signed by ████████ on 08/14/20
CASGID#004350782-K-NS-WZTGI-100145

DEC - 4 2009

By Horrison

Please remit payment to
P O BOX 514151
ATLANTA GA 30353-4151

Terms
PAYMENT DUE UPON RECEIPT OF
INVOICE - LATE PAYMENT FEE
MAY APPLY

---

**INVOICE FOR SERVICES**

---

| DESCRIPTION | SERVICE DATE | HOURLY RATE | HOURS | TAX | AMOUNT |
|---|---|---|---|---|---|
| SERVICES DELIVERED TO<br>PROGRESS ENERGY SERVICE CO<br>LLC<br>299 1ST AV N<br>ST PETERSBURG, FL 33701-3308 | ACCOUNT NUMBER<br>7322421-01 | CUSTOMER REFERENCE<br>DSM DR Study Phase<br>Signed by ████████ on 08/1-1/20<br>CASGID#004350782-K-NS-WZTGI-100145 | | | |
| CONTRACT NUMBER    CFTI<br>WORK NUMBER    WZTGI<br>SW EVALUATION - TASK ORD | | | | | |
| | | | | | |
| PLANNING SERVICES | 09/28-10/02/09 | $245 00 | 44 0 | $0 00 | $10,780 00 |
| PLANNING SERVICES | 10/05-10/09/09 | $245 00 | 44 0 | $0 00 | $10,780 00 |
| PLANNING SERVICES | 10/12-10/16/09 | $245 00 | 44 0 | $0 00 | $10,780 00 |
| PLANNING SERVICES | 10/19-10/23/09 | $245 00 | 54 0 | $0 00 | $13,230 00 |
| | | | | | |
| PLANNING SERVICES | 09/28-10/02/09 | $245 00 | 45 0 | $0 00 | $11,025 00 |
| PLANNING SERVICES | 10/05-10/09/09 | $245 00 | 48 0 | $0 00 | $11,760 00 |
| PLANNING SERVICES | 10/12-10/16/09 | $245 00 | 10 0 | $0 00 | $2,450 00 |
| PLANNING SERVICES | 10/17-10/23/09 | $245 00 | 49 0 | $0 00 | $12,005 00 |

Original Invoice            CONTINUED                                            0

## International Business Machines Corporation

Please direct inquiries and correspondence to
IBM Corporation
PO BOX 2489
ATLANTA GA 30301

Or Call IBM at
877-426-6006

| | |
|---|---|
| Customer Number<br>7327421 - 01 | Invoice Number<br>C09DCYR |
| | Invoice Date<br>Oct 29, 2009 |
| | Page<br>Page 2 of 4 |

E-Mail Address
invoice@us.ibm.com

**Services Delivered To**
PROGRESS ENERGY SERVICE CO
LLC
299 1ST AV N
ST PETERSBURG, FL 33701-3308

**Invoice To**
PROGRESS ENERGY SERVICE CO
LLC
299 1ST AV N
ST PETERSBURG, FL 33701-3308

Customer reference
DSM DR Study Phase
Signed by ~~~~~~~~~~ on 08/14/20
CASEID#004330782-K-NS-WZTGI-100145

Please remit payments to
P.O. BOX 534151
ATLANTA GA 30353-4151

Terms
PAYMENT DUE UPON RECEIPT OF
INVOICE - LATE PAYMENT FEE
MAY APPLY

═══════════ INVOICE FOR SERVICES ═══════════

| SERVICES DELIVERED TO<br>PROGRESS ENERGY SERVICE CO<br>LLC<br>299 1ST AV N<br>ST PETERSBURG, FL 33701-3308 | ACCOUNT NUMBER<br>7322421-01 | CUSTOMER REFERENCE<br>DSM DR Study Phase<br>Signed by ~~~~~~ on 08/14/20<br>CASEID#004330782-K-NS-WZTGI-100145 | | |
|---|---|---|---|---|
| PLANNING SERVICES | 09/28-10/02/09 | $245 00 | 40 0 | $0 00 | $9,800 00 |
| PLANNING SERVICES | 09/29-09/10/09 | $245 00 | 4 0 | $0 00 | $980 00 |
| PLANNING SERVICES | 10/03-10/07/09 | $245 00 | 4 0 | $0 00 | $980 00 |
| PLANNING SERVICES | 10/05-10/09/09 | $245 00 | 40 0 | $0 00 | $9,800 00 |
| PLANNING SERVICES | 10/12-10/15/09 | $245 00 | 4 0 | $0 00 | $980 00 |
| PLANNING SERVICES | 10/12-10/16/09 | $245 00 | 40 0 | $0 00 | $9,800 00 |
| PLANNING SERVICES | 10/17-10/21/09 | $245 00 | 14 0 | $0 00 | $3,430 00 |
| PLANNING SERVICES | 10/19-10/23/09 | $245 00 | 40 0 | $0 00 | $9,800 00 |

| | | | | | |
|---|---|---|---|---|---|
| PLANNING SERVICES | 09/28-09/29/09 | $245 00 | 16 0 | $0 00 | $3,920 00 |
| PLANNING SERVICES | 10/07-10/08/09 | $245 00 | 16 0 | $0 00 | $3,920 00 |
| PLANNING SERVICES | 10/12-10/15/09 | $245 00 | 10 0 | $0 00 | $2,450 00 |
| PLANNING SERVICES | 10/19-10/20/09 | $245 00 | 20 0 | $0 00 | $4,900 00 |

| | | | | | |
|---|---|---|---|---|---|
| PLANNING SERVICES | 09/28-10/02/09 | $245 00 | 44 0 | $0 00 | $10,780 00 |
| PLANNING SERVICES | 10/05-10/09/09 | $245 00 | 44 0 | $0 00 | $10,780 00 |
| PLANNING SERVICES | 10/12-10/16/09 | $245 00 | 44 0 | $0 00 | $10,780 00 |
| PLANNING SERVICES | 10/19-10/23/09 | $245 00 | 54 0 | $0 00 | $13,230 00 |

Original Invoice                    CONTINUED

# International Business Machines Corporation

Please direct inquiries and correspondence to
IBM Corporation
PO BOX 2489
ATLANTA GA 30301

Or Call IBM at
877-426-6006

| | Customer Number 7332428 : 01 | Invoice Number C09DCYR | Invoice Date Oct 29 2009 | Page Page 3 of 4 |
|---|---|---|---|---|

E-Mail Address
invoicev@us.ibm.com

Service Delivered To
PROGRESS ENERGY SERVICE CO
LLC
299 1ST AV N
ST PETERSBURG, FL 33701-3308

Invoice To
PROGRESS ENERGY SERVICE CO
LLC
299 1ST AV N
ST PETERSBURG, FL 33701-3308

Customer reference
DSM DX Study Phase
Signed by ████████████████ on 09/14/20
CASEID#004335782-K-NS-WZTGB-100145

Please remit payments to
P O BOX 514151
ATLANTA, GA 30353-4151

Terms
PAYMENT DUE UPON RECEIPT OF
INVOICE - LATE PAYMENT FEE
MAY APPLY

## INVOICE FOR SERVICES

**TOTALS** $189,140.00

**LOCATION TOTAL** $189,140.00

## International Business Machines Corporation

Please direct inquiries and correspondence to
IBM Corporation
PO BOX 2489
ATLANTA GA 30301

Or Call IBM at
877-426-6006

E-Mail Address
invoices@us.ibm.com

Services Delivered To
PROGRESS ENERGY SERVICE CO
LLC
299 1ST AV N
ST PETERSBURG, FL 33701-3308

Invoice To
PROGRESS ENERGY SERVICE CO
LLC
299 1ST AV N
ST PETERSBURG, FL 33701-3308

Customer reference
IBM DR Single Phase
Signed by ████████████ on 08/14/20
CASEID#0433072-A-NC-WZTGI-100143

Please remit payments to
P O BOX 534151
ATLANTA, GA 30353-4151

Terms
PAYMENT DUE UPON RECEIPT OF
INVOICE - LATE PAYMENT FEE
MAY APPLY

---

**INVOICE FOR SERVICES**

---

IF NOT PAID BY NOVEMBER 27, 2009, PAY THE AMOUNT DUE PLUS A LATE PAYMENT
FEE OF $3,783.80 FOR A TOTAL OF $192,932.80  IF PAYMENT IS NOT MADE
WITHIN ONE MONTH OF NOVEMBER 27, 2009, ADDITIONAL CHARGES MAY APPLY

THIS IS ISSUED PURSUANT TO THE IBM CUSTOMER AGREEMENT OR THE EQUIVALENT AGREEMENT BETWEEN US

| Original Invoice | PLEASE PAY THIS AMOUNT | $189,149.00 |
| --- | --- | --- |

In order proper credit please detach this portion and return with remittance

## International Business Machines Corporation

| Invoice to | Invoice Number | | Invoice Date | Oct 29, 2009 |
| --- | --- | --- | --- | --- |
| PROGRESS ENERGY SERVICE CO | C09DCYR | | | |
| LLC | | Accounts Rec | | |
| 299 1ST AV N | Customer Number | Department | | Amount |
| ST PETERSBURG, FL 33701-3308 | 7322421 - 01 | IRV | | $189,149.00 |

Address Correction
Invoice to          Installed at

Please remit payments to
IBM Corporation
P O BOX 534151
ATLANTA, GA 30353-4151

Remittance Copy

For inquiries contact IBM at
877-426-6006          WWW IBM COM/SUPPORT/OPERATIONS

8

## International Business Machines Corporation

Please direct inquiries and correspondence to
IBM Corporation
PO BOX 2489
ATLANTA GA 30301

Or Call IBM at
877-426-6006

| Customer Number | Invoice Number | Invoice Date | Page |
|---|---|---|---|
| 7322421 - 01 | C09DK88 | Nov 27, 2009 | Page 1 of 4 |

E-Mail Address
invoicex@us.ibm.com

**IBM**

Services Delivered To
PROGRESS ENERGY SERVICE CO
LLC
299 1ST AV N
ST PETERSBURG, FL 33701-3308

Invoice To
PROGRESS ENERGY SERVICE CO
LLC
299 1ST AV N
ST PETERSBURG, FL 33701-3308

Contract #
Authorization #

DEC 2 3 2009    549992

DEC 1 6 2009

Customer reference
DSM DR Study Phase
Signed by [illegible] on 08/14/20
CASEID#001350782-K-NS-WZTOI-100154

By _Harrison_ Terms

Please remit payments to
P O BOX 534151
ATLANTA, GA 30353-4151

PAYMENT DUE UPON RECEIPT OF
INVOICE - LATE PAYMENT FEE
MAY APPLY

**INVOICE FOR SERVICES**

| DESCRIPTION | SERVICE DATE | HOURLY RATE | HOURS | TAX | AMOUNT |
|---|---|---|---|---|---|
| SERVICES DELIVERED TO | ACCOUNT NUMBER | CUSTOMER REFERENCE | | | |
| PROGRESS ENERGY SERVICE CO | 7322421-01 | DSM DR Study Phase | | | |
| LLC | | Signed by [illegible] on 08/14/20 | | | |
| 299 1ST AV N | | CASEID#001350782-K-NS-WZTOI-100154 | | | |
| ST PETERSBURG, FL 33701-3308 | | | | | |

CONTRACT NUMBER    CFT1ZA0
WORK NUMBER    WZTOI
SW EVALUATION - TASK ORD

| | | | | | |
|---|---|---|---|---|---|
| PLANNING SERVICES | 10/26-10/30/09 | $245 00 | 44 0 | $0 00 | $10,780 00 |
| PLANNING SERVICES | 11/02-11/06/09 | $245 00 | 44 0 | $0 00 | $10,780 00 |
| PLANNING SERVICES | 11/09-11/13/09 | $245 00 | 44 0 | $0 00 | $10,780 00 |
| PLANNING SERVICES | 11/16-11/17/09 | $245 00 | 18 0 | $0 00 | $4,410 00 |
| | | | | | |
| PLANNING SERVICES | 10/25-10/30/09 | $245 00 | 43 0 | $0 00 | $10,535 00 |
| PLANNING SERVICES | 11/02-11/04/09 | $245 00 | 24 0 | $0 00 | $5,880 00 |
| PLANNING SERVICES | 11/09-11/10/09 | $245 00 | 20 0 | $0 00 | $4,900 00 |
| PLANNING SERVICES | 11/16-11/18/09 | $245 00 | 24 0 | $0 00 | $5,880 00 |
| PLANNING SERVICES | 11/23-11/25/09 | $245 00 | 24 0 | $0 00 | $5,880 00 |

**Original Invoice**           **CONTINUED**           D

## International Business Machines Corporation

Please direct inquiries and correspondence to
IBM Corporation
PO BOX 2489
ATLANTA GA 30301

Or Call IBM at
877-426-6006

Customer Number
7332431 - 01

Invoice Number
CO9DK88

Invoice Date
Nov 27, 2009

E-Mail Address
invoices@us.ibm.com

Services Delivered To
PROGRESS ENERGY SERVICE CO
LLC
299 1ST AV N
ST PETERSBURG, FL 33701-3308

Invoice To
PROGRESS ENERGY SERVICE CO
LLC
299 1ST AV N
ST PETERSBURG, FL 33701-3308

Customer reference
OSM DR Study Phase
Signed by [illegible] n 08/14/20
CASEID#054330782-K-NS-WZT01-100134

Please remit payments to
P O BOX 534151
ATLANTA, GA 30353-4151

Terms
PAYMENT DUE UPON RECEIPT OF
INVOICE - LATE PAYMENT FEE
MAY APPLY

INVOICE FOR SERVICES

IF NOT PAID BY DECEMBER 26, 2009, PAY THE AMOUNT DUE PLUS A LATE PAYMENT
FEE OF $3,371 20 FOR A TOTAL OF $171,931 70 IF PAYMENT IS NOT MADE
WITHIN ONE MONTH OF DECEMBER 26, 2009, ADDITIONAL CHARGES MAY APPLY

THIS IS ISSUED PURSUANT TO THE IBM CUSTOMER AGREEMENT OR THE EQUIVALENT AGREEMENT BETWEEN US

Original Invoice

PLEASE PAY THIS AMOUNT

$168,560 00

To assure proper credit please detach this portion and return with remittance.

### International Business Machines Corporation

Invoice to
PROGRESS ENERGY SERVICE CO
LLC
299 1ST AV N
ST PETERSBURG, FL 33701-3308

Invoice Number
CO9DK88

Invoice Date  Nov 27, 2009

Accounts Rec
Department
JRV

Customer Number
7332431 - 01

Amount
$168,560 00

Address Correction
Invoice to

Installed at

Please remit payments to
IBM Corporation
P O BOX 534151
ATLANTA, GA 30353-4151

Remittance Copy

For inquiries contact IBM at
877-426-6006

WWW.IBM COM/SUPPORTHOPERATIONS

10

## International Business Machines Corporation

Please direct inquiries and correspondence to
IBM Corporation
PO BOX 2489
ATLANTA GA 30301

Or Call IBM at
877-426-6006

E-Mail Address
invoices@us.ibm.com

Services Delivered To
PROGRESS ENERGY SERVICE CO
LLC
299 IST AV N
ST PETERSBURG, FL 33701-3308

Invoice To
PROGRESS ENERGY SERVICE CO
LLC
299 IST AV N
ST PETERSBURG, FL 33701-3308

Customer reference
DSM DR Study Phase
Signed by _____ on 02/14/20
CASBID#004330182-K-NS-W2TGI-100154

Please remit payments to.
P O BOX 534151
ATLANTA, GA 30353-4151

Terms

PAYMENT DUE UPON RECEIPT OF
INVOICE - LATE PAYMENT FEE
MAY APPLY

SERVICES DELIVERED TO
PROGRESS ENERGY SERVICE CO
LLC
299 IST AV N
ST PETERSBURG, FL 33701-3308

ACCOUNT NUMBER
7322421-01

CUSTOMER REFERENCE
DSM DR Study Phase
Signed by _____ on 02/14/20
CASBID#004330182-K-NS-W2TGI-100154

TOTALS                                                    $168,560.00

LOCATION TOTAL                                           $168,560.00 (C)

## International Business Machines Corporation

| Please direct inquiries and correspondence to<br>IBM Corporation<br>PO BOX 2489<br>ATLANTA GA 30101 | Customer Number<br>7322421 - 01 | Invoice Number<br>CO9DK88 | Invoice Date<br>Nov 27, 2009 | Page<br>Page 2 of 4 |

Or Call IBM at
877-426-6006

E-Mail Address
invoices@us.ibm.com

Services Delivered To
PROGRESS ENERGY SERVICE CO
LLC
299 1ST AV N
ST PETERSBURG, FL 33701-3308

Invoice To
PROGRESS ENERGY SERVICE CO
LLC
299 1ST AV N
ST PETERSBURG, FL 33701-3308

Customer reference
DSM DR Study Phase
Signed by ███████████ m 08/14/20
CASEID#004350782-K-NS-WZTOI-100154

Please remit payments to
P O BOX 534151
ATLANTA, GA 30353-4151

Terms
PAYMENT DUE UPON RECEIPT OF
INVOICE - LATE PAYMENT FEE
MAY APPLY

### INVOICE FOR SERVICES

SERVICES DELIVERED TO
PROGRESS ENERGY SERVICE CO
LLC
299 1ST AV N
ST PETERSBURG, FL 33701-3308

ACCOUNT NUMBER
7322421-01

CUSTOMER REFERENCE
DSM DR Study Phase
Signed by ███████████ on 08/14/20
CASEID#004350782-K-NS-WZTOI-100154

| | | | | |
|---|---|---|---|---|
| PLANNING SERVICES | 10/26-10/28/09 | $245 00 | 4 0 | $0 00 | $980 00 |
| PLANNING SERVICES | 10/26-10/30/09 | $245 00 | 40 0 | $0 00 | $9,800 00 |
| PLANNING SERVICES | 11/02-11/05/09 | $245 00 | 32 0 | $0 00 | $7,840 00 |
| PLANNING SERVICES | 11/09-11/11/09 | $245 00 | 4 0 | $0 00 | $980 00 |
| PLANNING SERVICES | 11/09-11/13/09 | $245 00 | 40 0 | $0 00 | $9,800 00 |
| PLANNING SERVICES | 11/16-11/19/09 | $245 00 | 4 0 | $0 00 | $980 00 |
| PLANNING SERVICES | 11/16-11/20/09 | $245 00 | 40 0 | $0 00 | $9,800 00 |
| PLANNING SERVICES | 11/23-11/25/09 | $245 00 | 24 0 | $0 00 | $5,880 00 |
| | | | | | |
| PLANNING SERVICES | 10/27-10/28/09 | $245 00 | 20 0 | $0 00 | $4,900 00 |
| PLANNING SERVICES | 11/03-11/03/09 | $245 00 | 4 0 | $0 00 | $980 00 |
| PLANNING SERVICES | 11/11-11/12/09 | $245 00 | 16 0 | $0 00 | $3,920 00 |
| PLANNING SERVICES | 11/16-11/17/09 | $245 00 | 16 0 | $0 00 | $3,920 00 |
| PLANNING SERVICES | 11/23-11/23/09 | $245 00 | 8 0 | $0 00 | $1,960 00 |
| | | | | | |
| PLANNING SERVICES | 10/26-10/30/09 | $245 00 | 44 0 | $0 00 | $10,780 00 |
| PLANNING SERVICES | 11/02-11/04/09 | $245 00 | 24 0 | $0 00 | $5,880 00 |
| PLANNING SERVICES | 11/09-11/11/09 | $245 00 | 24 0 | $0 00 | $5,880 00 |
| PLANNING SERVICES | 11/16-11/20/09 | $245 00 | 44 0 | $0 00 | $10,780 00 |
| PLANNING SERVICES | 11/23-11/24/09 | $245 00 | 15 0 | $0 00 | $3,675 00 |

Original Invoice            CONTINUED                                    0

# International Business Machines Corporation

| | | | |
|---|---|---|---|
| Please direct inquiries and correspondence to<br>IBM Corporation<br>PO BOX 3449<br>ATLANTA GA 30301 | Customer Number<br>7322421 - 01 | Invoice Number<br>C09D71FR | Invoice Date<br>Dec 30 2009 | Page<br>Page 1 of 3 |

Or Call IBM at
877-426-6006

IBM®

E-Mail Address
ia.invcs@us.ibm.com

Service Delivered To
PROGRESS ENERGY SERVICE CO
LLC
299 1ST AV N
ST PETERSBURG FL 33701-3308

Invoice To
PROGRESS ENERGY SERVICE CO
LLC
299 1ST AV N
ST PETERSBURG, FL 33701-3308

Contract # 36397
Authorization # 556100.

JAN 22 2010

By Harrison

Customer reference
DSM DR Study Phase
Signed by ~~~~~~~~~~~ on 08/14/20
CASEID#004350782-K-NS-WZTGI-100154

Please remit payments to
P.O. BOX 514151
ATLANTA GA 30353-4151

Terms
PAYMENT DUE UPON RECEIPT OF
INVOICE - LATE PAYMENT FEE
MAY APPLY

## INVOICE FOR SERVICES

| DESCRIPTION | SERVICE<br>DATE | HOURLY<br>RATE | HOURS | TAX | AMOUNT |
|---|---|---|---|---|---|
| SERVICES DELIVERED TO<br>PROGRESS ENERGY SERVICE CO<br>LLC<br>299 1ST AV N<br>ST PETERSBURG FL 33701-3308 | ACCOUNT NUMBER<br>7322421-01 | CUSTOMER REFERENCE<br>DSM DR Study Phase<br>Signed by ~~~~~~ on 08/14/20<br>CASEID#004350782-K-NS-WZTGI-100154 | | | |



| | | | | | |
|---|---|---|---|---|---|
| CONTRACT NUMBER    CFT7ZAD<br>WORK NUMBER    WZTGI<br>SW EVALUATION - TASK ORD | | | | | |
| PLANNING SERVICES | 11/30-12/03/09 | $245 00 | 55 0 | $0 00 | $13 475 00 |
| PLANNING SERVICES | 12/06-12/11/09 | $245 00 | 60 0 | $0 00 | $14,700 00 |
| PLANNING SERVICES | 12/13-12/18/09 | $245 00 | 57 0 | $0 00 | $13 965 00 |
| PLANNING SERVICES | 12/02-12/03/09 | $245 00 | 16 0 | $0 00 | $3 920 00 |
| PLANNING SERVICES | 12/08-12/11/09 | $245 00 | 32 0 | $0 00 | $7,840 00 |
| PLANNING SERVICES | 12/14-12/18/09 | $245 00 | 44 0 | $0 00 | $10,780 00 |
| PLANNING SERVICES | 11/30-12/03/09 | $245 00 | 4 0 | $0 00 | $980 00 |

Original Invoice                    CONTINUED                                    0

# International Business Machines Corporation

Please direct inquiries and correspondence to
IBM Corporation
PO BOX 2489
ATLANTA GA 30301

Or call IBM at
877-426-6006

| Customer Number | Invoice Number | Invoice Date | Page |
|---|---|---|---|
| 7322421 - 01 | C09D1ER | Dec 30 2009 | Page 2 of 3 |

E-Mail Address
invoice@us.ibm.com

IBM

Services Delivered To
PROGRESS ENERGY SERVICE CO
LLC
299 1ST AV N
ST PETERSBURG FL 33701-3308

Invoice To
PROGRESS ENERGY SERVICE CO
LLC
299 1ST AV N
ST PETERSBURG FL 33701-3308

Customer reference
DSM DR Study Phase
Signed by ▓▓▓▓▓▓▓ on 08/14/20
CASEID#004350782-K-NS-WZTGI-100154

Please remit payments to
PO BOX 98151
ATLANTA GA 30353-8151

Terms
PAYMENT DUE UPON RECEIPT OF
INVOICE - LATE PAYMENT FEE
MAY APPLY

## INVOICE FOR SERVICES

| SERVICES DELIVERED TO | ACCOUNT NUMBER | CUSTOMER REFERENCE |
|---|---|---|
| PROGRESS ENERGY SERVICE CO LLC 299 1ST AV N ST PETERSBURG FL 33701-3308 | 7322421-01 | DSM DR Study Phase Signed by ▓▓▓▓▓▓▓ on 08/14/20 CASEID#004350782-K-NS-WZTGI-100154 |

| | | | | | |
|---|---|---|---|---|---|
| PLANNING SERVICES | 11/30-12/04/09 | $245.00 | 40.0 | $0.00 | $9,800.00 |
| PLANNING SERVICES | 12/06-12/10/09 | $245.00 | 15.0 | $0.00 | $3,675.00 |
| PLANNING SERVICES | 12/07-12/11/09 | $245.00 | 40.0 | $0.00 | $9,800.00 |
| PLANNING SERVICES | 12/13-12/17/09 | $245.00 | 15.0 | $0.00 | $3,675.00 |
| PLANNING SERVICES | 12/14-12/18/09 | $245.00 | 40.0 | $0.00 | $9,800.00 |
| | | | | | |
| PLANNING SERVICES | 12/01-12/07/09 | $245.00 | 16.0 | $0.00 | $3,920.00 |
| PLANNING SERVICES | 12/08-12/09/09 | $245.00 | 16.0 | $0.00 | $3,920.00 |
| PLANNING SERVICES | 12/14-12/16/09 | $245.00 | 20.0 | $0.00 | $4,900.00 |
| | | | | | |
| PLANNING SERVICES | 11/30-12/04/09 | $245.00 | 50.0 | $0.00 | $12,250.00 |
| PLANNING SERVICES | 12/07-12/11/09 | $245.00 | 57.0 | $0.00 | $13,965.00 |
| PLANNING SERVICES | 12/14-12/18/09 | $245.00 | 60.0 | $0.00 | $14,700.00 |

| | |
|---|---|
| TOTALS | $156,065.00 |
| LOCATION TOTAL | $156,065.00 |

14

| Please direct inquiries and correspondence to<br>IBM Corporation<br>PO BOX 2489<br>ATLANTA GA 30301 | Customer Number<br>7332421 - 01 | Invoice Number<br>C09DTFR | Invoice Date<br>Dec 30, 2009 | Page<br>Page 1 of 1 |

Or Call IBM at
877-426-6006

E-Mail Address
imonerv@in ibm com

**IBM**

Services Delivered To
PROGRESS ENERGY SERVICE CO
LLC
299 1ST AV N
ST PETERSBURG, FL 33701-3308

Invoice To
PROGRESS ENERGY SERVICE CO
LLC
299 1ST AV N
ST PETERSBURG, FL 33701-3308

Customer reference
DSM DR Shafr Phase
Signed by [REDACTED] m 08/14/20
CA SE0010024350782-K-N5-W2 IC#-100154

Please remit payments to
P O BOX 534151
ATLANTA GA 30353-4151

Terms
PAYMENT DUE UPON RECEIPT OF
INVOICE - LATE PAYMENT FEE
MAY APPLY

**INVOICE FOR SERVICES**

IF NOT PAID BY JANUARY 28, 2010, PAY THE AMOUNT DUE PLUS A LATE PAYMENT
FEE OF $3 121 30 FOR A TOTAL OF $159,186 30 IF PAYMENT IS NOT MADE
WITHIN ONE MONTH OF JANUARY 28, 2010 ADDITIONAL CHARGES MAY APPLY

THIS IS ISSUED PURSUANT TO THE IBM CUSTOMER AGREEMENT OR THE EQUIVALENT AGREEMENT BETWEEN US

| Original Invoice | PLEASE PAY THIS AMOUNT | $156,065 00 |

To assure proper credit please detach this portion and return with remittance

**International Business Machines Corporation**

| Invoice to<br>PROGRESS ENERGY SERVICE CO<br>LLC<br>299 1ST AV N<br>ST PETERSBURG, FL 33701-3308 | Invoice Number<br>C09DTFR | | Invoice Date   Dec 30, 2009 |
| | Customer Number<br>7332421 - 01 | Accounts Rec<br>Department<br>IRV | Amount<br>$156 065 00 |

| Address corrected | | Please remit payments to<br>IBM Corporation<br>P O BOX 534151<br>ATLANTA GA 30353-4151 | **IBM**<br>Remittance Copy |
| Invoice to | Installed at | | |

For enquiries contact IBM at
877-426-6006     WWW IBM COM/SUPPORT/OPERATIONS

15



## International Business Machines Corporation

| | | | |
|---|---|---|---|
| Please direct inquiries and correspondence to<br>IBM Corporation<br>PO BOX 12195<br>RESRCH TRI PK NC 27709 | Customer Number<br>7079545 - AF | Invoice Number<br>CIOBCKC | Invoice Date<br>Jan 28, 2010 | Page<br>Page 1 of 4 |

Or Call IBM at
877-426-6006

E-Mail Address
invoice@us.ibm.com

Services Delivered To
PROGRESS ENERGY SERVICE CO
LLC
100 E DAVIE ST TPP14
RALEIGH, NC 27601-2088

Invoice To
PROGRESS ENERGY SERVICE CO
LLC
100 E DAVIE ST TPP 14
RALEIGH, NC 27601-2088

Customer reference
Smart Grid PeMQ Support     Contract # 36397
Signed by ~~~~~~~~~~ on 09/18/09 Authonzation # 361779
Case ID:D004374029-R-NS-W3R31-100154

Please remit payment to
P O BOX 643600
PITTSBURGH PA 15264-3600
By: ~~~~~~~~~~

FEB 18 2010

FEB 16 2009

Terms
PAYMENT DUE UPON RECEIPT OF
INVOICE - LATE PAYMENT FEE
MAY APPLY

---

### INVOICE FOR SERVICES

---

| DESCRIPTION | SERVICE<br>DATE | HOURLY<br>RATE | HOURS | TAX | AMOUNT |
|---|---|---|---|---|---|
| SERVICES DELIVERED TO<br>PROGRESS ENERGY SERVICE CO<br>LLC<br>100 E DAVIE ST TPP14<br>RALEIGH, NC 27601-2088 | ACCOUNT NUMBER<br>7079545-AF | CUSTOMER REFERENCE<br>Smart Grid PeMQ Support<br>Signed by ~~~~ ~~~~ on 09/18/2009<br>CaseID:D004374029-R-NS-W3R31-100154 | | | |
| CONTRACT NUMBER        .CP,UWD | | | | | |
| WORK NUMBER    W3R31 | | | | | |
| SMART GRID PGMG SUPPORT | | | | | |
| LABOR CHARGES | | | | | |
| PLANNING SERVICES | 01/04-01/08/10 | $347 00 | 44 0 | $0 00 | $15,268 00 |
| PLANNING SERVICES | 01/11-01/14/10 | $347 00 | 40 0 | $0 00 | $13,880 00 |
| PLANNING SERVICES | 01/17-01/22/10 | $347 00 | 48 0 | $0 00 | $16,656 00 |
| PLANNING SERVICES | 01/05-01/08/10 | $361 00 | 37 0 | $0 00 | $13,357 00 |
| PLANNING SERVICES | 01/11-01/15/10 | $361 00 | 31 0 | $0 00 | $11,191 00 |
| PLANNING SERVICES | 01/18-01/22/10 | $361 00 | 44 0 | $0 00 | $15,884 00 |
| PLANNING SERVICES | 01/20-01/22/10 | $262 00 | 24 0 | $0 00 | $6,288 00 |

---

Original Invoice                    **CONTINUED**                                                                    0

16

# International Business Machines Corporation

Please direct inquiries and correspondence to
IBM Corporation
PO BOX 12195
RESRCH TRI PK NC 27709

Or Call IBM at
877-426-6006

| | Customer Number | Invoice Number | Invoice Date | Page |
|---|---|---|---|---|
| | 7079545 - AF | C10IIC8C | Jan 28, 2010 | Page 2 of 4 |

**IBM**

E-Mail Address
invoices@us.ibm.com

Services Delivered To
PROGRESS ENERGY SERVICE CO
LLC
100 E DAVIE ST TPP14
RALEIGH, NC 27601-2088

Invoice To
PROGRESS ENERGY SERVICE CO
LLC
████████████████████
100 E DAVIE ST TPP 14
RALEIGH, NC 27601-2088

Customer reference
Smart Grid PMO Support
Signed by ████████████ on 09/18/2009
CsrelD#004374029-K-NS-W3R3I-100154

Please remit payments to
P O BOX 643600
PITTSBURGH, PA 15264-3600

Terms
PAYMENT DUE UPON RECEIPT OF
INVOICE - LATE PAYMENT FEE
MAY APPLY

---

## INVOICE FOR SERVICES

| SERVICES DELIVERED TO | ACCOUNT NUMBER | CUSTOMER REFERENCE | | | |
|---|---|---|---|---|---|
| PROGRESS ENERGY SERVICE CO LLC 100 E DAVIE ST TPP14 RALEIGH, NC 27601-2088 | 7079545-AF | Smart Grid PMO Support Signed by ██████████ on 09/18/2009 CsrelD#004374029-K-NS-W3R3I-100154 | | | |
| | | | | | |
| PLANNING SERVICES | 01/04-01/08/10 | $257 00 | 40 0 | $0 00 | $10,280 00 |
| PLANNING SERVICES | 01/05-01/07/10 | $257 00 | 4 0 | $0 00 | $1,028 00 |
| PLANNING SERVICES | 01/11-01/13/10 | $257 00 | 3 0 | $0 00 | $771 00 |
| PLANNING SERVICES | 01/11-01/15/10 | $257 00 | 40 0 | $0 00 | $10,280 00 |
| PLANNING SERVICES | 01/18-01/22/10 | $257 00 | 40 0 | $0 00 | $10,280 00 |
| PLANNING SERVICES | 01/19-01/21/10 | $257 00 | 3 0 | $0 00 | $771 00 |
| | | | | | |
| PLANNING SERVICES | 01/06-01/08/10 | $366 00 | 26 0 | $0 00 | $9,516 00 |
| PLANNING SERVICES | 01/11-01/14/10 | $366 00 | 26 0 | $0 00 | $9,516 00 |
| PLANNING SERVICES | 01/18-01/21/10 | $366 00 | 26 0 | $0 00 | $9,516 00 |
| | | | | | |
| PLANNING SERVICES | 01/04-01/08/10 | $262 00 | 39 5 | $0 00 | $10,349 00 |
| PLANNING SERVICES | 01/11-01/15/10 | $262 00 | 40 0 | $0 00 | $10,480 00 |
| PLANNING SERVICES | 01/18-01/22/10 | $262 00 | 40 0 | $0 00 | $10,480 00 |
| | | | | | |
| PLANNING SERVICES | 01/18-01/22/10 | $262 00 | 40 0 | $0 00 | $10,480 00 |
| | | | | | |
| PLANNING SERVICES | 01/03-01/03/10 | $307 00 | 4 0 | $0 00 | $1,228 00 |
| PLANNING SERVICES | 01/03-01/08/10 | $307 00 | 40 0 | $0 00 | $12,280 00 |

---

Original Invoice                    CONTINUED                                      0

## International Business Machines Corporation

Please direct inquiries and correspondence to
IBM Corporation
PO BOX 12195
RESRCH TRI PK NC 27709

Or Call IBM at
877-426-6006

Customer Number
7079545 - AP

Invoice Number
C10RC8C

Invoice Date
Jan 28, 2010

Page
Page 3 of 4

E-Mail Address
invoices@us.ibm.com

Services Delivered To
PROGRESS ENERGY SERVICE CO
LLC
100 E DAVIE ST TPP14
RALEIGH, NC 27601-2088

Invoice To
PROGRESS ENERGY SERVICE CO
100 E DAVIE ST TPP 14
RALEIGH, NC 27601-2088

Customer reference
Smart Grid PeMO Support
Signed by [redacted] on 09/18/2009
Cas:ID#004374029-K-NS-W3R31-100154

Please remit payments to
P O BOX 643600
PITTSBURGH, PA 15264-3600

Terms
PAYMENT DUE UPON RECEIPT OF
INVOICE - LATE PAYMENT FEE
MAY APPLY

---

### INVOICE FOR SERVICES

SERVICES DELIVERED TO
PROGRESS ENERGY SERVICE CO
LLC
100 E DAVIE ST TPP14
RALEIGH, NC 27601-2088

ACCOUNT NUMBER
7079545-AP

CUSTOMER REFERENCE
Smart Grid PeMO Support
Signed by [redacted] on 09/18/2009
Cas:ID#004374029-K-NS-W3R31-100154

| | | | | |
|---|---|---|---|---|
| PLANNING SERVICES | 01/09-01/10/10 | $307 00 | 4 0 | $0 00 | $1,228 00 |
| PLANNING SERVICES | 01/10-01/15/10 | $307 00 | 40 0 | $0 00 | $12,280 00 |
| PLANNING SERVICES | 01/16-01/16/10 | $307 00 | 4 0 | $0 00 | $1,228 00 |
| PLANNING SERVICES | 01/17-01/22/10 | $307 00 | 40 0 | $0 00 | $12 280 00 |
| | | | | | |
| PLANNING SERVICES | 01/04-01/08/10 | $158 00 | 44 0 | $0 00 | $6,952 00 |
| PLANNING SERVICES | 01/11-01/15/10 | $158 00 | 44 0 | $0 00 | $6,952 00 |
| PLANNING SERVICES | 01/18-01/22/10 | $158 00 | 44 0 | $0 00 | $6,952 00 |
| | | | | | |
| PLANNING SERVICES | 01/12-01/15/10 | $262 00 | 32 0 | $0 00 | $8,384 00 |
| PLANNING SERVICES | 01/14-01/14/10 | $262 00 | 3 0 | $0 00 | $786 00 |
| PLANNING SERVICES | 01/18-01/21/10 | $262 00 | 8 0 | $0 00 | $2,056 00 |
| PLANNING SERVICES | 01/18-01/22/10 | $262 00 | 40 0 | $0 00 | $10,480 00 |

TOTALS $279,397 00

LOCATION TOTAL $279,397 00

Original Invoice          CONTINUED                    6

18

## International Business Machines Corporation

Please direct inquiries and correspondence to
IBM Corporation
PO BOX 12195
RESRCH TRI PK NC 27709

Or Call IBM at
877-426-6006

| Customer Number | Invoice Number | Invoice Date | Page |
|---|---|---|---|
| 7079545 - AP | C10NC8C | Jan 28, 2010 | Page 4 of 4 |

**IBM**

E-Mail Address
iavoices@us.ibm.com

**Services Delivered To**
PROGRESS ENERGY SERVICE CO
LLC
100 L DAVIE ST FPP14
RALEIGH, NC 27601-2088

**Invoice To**
PROGRESS ENERGY SERVICE CO
LLC
100 E DAVIE ST FPP 14
RALEIGH, NC 27601-2088

**Customer reference**
Smart Grid PeMO Support
Signed by _____ on 09/18/2009
Cont#3R0043740094-NS-W3R3L-100154

**Please remit payments to**
P O BOX 643600
PITTSBURGH, PA 15264-3600

**Terms**
PAYMENT DUE UPON RECEIPT OF
INVOICE - LATE PAYMENT FEE
MAY APPLY

---

**INVOICE FOR SERVICES**

---

IF NOT PAID BY FEBRUARY 26, 2010, PAY THE AMOUNT DUE PLUS A LATE PAYMENT
FEE OF $5,587 94 FOR A TOTAL OF $284,984 94  IF PAYMENT IS NOT MADE
WITHIN ONE MONTH OF FEBRUARY 26, 2010, ADDITIONAL CHARGES MAY APPLY

THIS IS ISSUED PURSUANT TO THE IBM CUSTOMER  AGREEMENT OR THE EQUIVALENT AGREEMENT BETWEEN US

---

| Original Invoice | PLEASE PAY THIS AMOUNT | $279,397 00 |
|---|---|---|

To assure proper credit please detach this portion and return with remittance

### International Business Machines Corporation

**Invoice to**
PROGRESS ENERGY SERVICE CO
LLC
100 E DAVIE ST FPP 14
RALEIGH, NC 27601-2088

| Invoice Number | | Invoice Date | Jan 28, 2010 |
|---|---|---|---|
| C10NC8C | | | |
| Customer Number | Accounts Rec | | Amount |
| 7079545 - AP | Department | | $279 397 00 |
| | INF | | |

**Address Correction**
Invoice to _____  Installed at _____

**Please remit payments to**
IBM Corporation
P O BOX 643600
PITTSBURGH PA 15264-3600

**IBM**
Remittance Copy

For inquiries contact IBM at
877-426-6006      WWW.IBM COM/SUPPORT/OPERATIONS

19