FILED: March 29, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1861
(5:14-cv-00229-D)
(5:14-cv-00387-D)

_____

TIMOTHY S. HADLEY

    Plaintiff - Appellant

v.

DUKE ENERGY PROGRESS, LLC; GLENDA SUE HARDISON; RICHARD MONTGOMERY

    Defendants - Appellees

and

CAROLINA POWER AND LIGHT COMPANY; PROGRESS ENERGY CAROLINAS, INC.; PROGRESS ENERGY, INC.; PROGRESS ENERGY SERVICE COMPANY, LLC; PROGRESS VENTURES, INC.; DUKE ENERGY CORPORATION; DUKE ENERGY CAROLINAS, LLC

    Defendants

_____

M A N D A T E
_____

The judgment of this court, entered 02/07/2017, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*